**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MALCOLM JOHNSON, an individual, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 4:17-cv-00001-HEA |
| NORTH OAKS GROUP, INC, | ) ) ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**

NOW INTO COURT comes Plaintiff, Malcolm Johnson, to inform this Court that Plaintiff and Defendant, North Groups, Inc., have reached an amicable resolution in the above captioned case. The parties are in the process of finalizing and completing the settlement documents. Accordingly, Plaintiff, Malcolm Johnson, does hereby submit this Notice of Settlement and request for a 60-Day Order of dismissal. Upon the execution and exchange of the Settlement Agreement, Plaintiff will submit a Stipulation of Dismissal to the Court.

Respectfully Submitted,

**Bizer & DeReus**
Attorneys for Plaintiff
Garret S. DeReus (MO # 68840)
gdereus@bizerlaw.com
Marc P. Florman (# 35128LA)
mflorman@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

DATED: April 27, 2017                    By:/s/ Marc P. Florman
                                            Marc P. Florman

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 27th day of April, 2017, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Marc P. Florman*
_____
**MARC P. FLORMAN**