UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

-------------------------------------------------x
MALCOLM JOHNSON,                                 :
                                                 :
                                                 :
            Plaintiff,                           :
                                                 :    CASE NO.: 4:17-cv-00001-HEA
vs.                                              :
                                                 :
NORTH OAKS GROUP, INC.,                          :
                                                 :
            Defendants.                          :
-------------------------------------------------x

## **ORDER**

Having been advised that the parties have resolved Plaintiff's claims against Defendant North Oaks Group, Inc.

IT IS HEREBY ORDERED that all claims asserted by Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE,** with each party to bear their own costs and attorneys' fees, subject to this Court retaining jurisdiction to enforce the terms of the settlement agreement. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-2 (8th Cir. 1994).

ST. LOUIS, MISSOURI, this  5th  day of  July , 2017.

_____
JUDGE